```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/03/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Rodriguez, individually and on behalf of all others similarly situated,

                     Plaintiff,

-against-

Mars Wrigley Confectionery US, LLC,

                     Defendant.

23 Civ. 4422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated September 25 and October 2, 2023, ECF Nos. 15, 19. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **November 7, 2023**, Defendant shall file its motion;
3. By **November 28, 2023**, Plaintiff shall file her opposition papers;
4. By **December 12, 2023**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: October 3, 2023
         New York, New York

                                                ANALISA TORRES
                                           United States District Judge