UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARS WRIGLEY CONFECTIONERY US, LLC,<br><br>*Defendant*. | Civil Action No.<br>1:23-cv-04422-AT<br><br>**NOTICE OF MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Mars Wrigley Confectionery US, LLC ("Mars"), respectfully moves to dismiss the claims against it in the Complaint. In support, Mars submits a Memorandum of Law, which is being filed contemporaneously with this motion. According to the schedule set by the Court, the response to this motion must be filed by November 28, 2023, and any reply in support of the motion must be filed by December 12, 2023.

Dated: November 7, 2023

Respectfully submitted,

*/s/ Benjamin W. Graham*
Stephen D. Raber (*Pro Hac Vice* forthcoming)
Benjamin W. Graham (Bar No. BG1195)
Meaghan E. Newkirk (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel.:   (202) 434-5000
Fax:   (202) 434-5029
Email: bgraham@wc.com

*Counsel for Mars Wrigley Confectionery US, LLC*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 7, 2023, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

/s/ *Benjamin W. Graham*
Benjamin W. Graham
