UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL FRIAS, JESSICA AVILEZ AND ROY CAMPBELL, individually and on behalf of all others similarly situated, <br><br>      Plaintiffs,<br><br>  - against -<br><br>MARS WRIGLEY CONFECTIONERY US LLC,<br><br>      Defendant | 1:23-cv-04422-AT<br><br><br>Plaintiff Rodriguez's Notice of Voluntary Dismissal for only her individual claims |

  Plaintiff Christine Rodriguez gives notice that her individual claims in this action, and not the claims of Miguel Frias, Jessica Avilez or Roy Campbell, are voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

  No option was available to file this Notice on behalf of Plaintiff Rodriguez because the Clerk's Office had correctly terminated her as a party, indicated by the "(T)" appearing next to her name in the CM/ECF.

  This Notice is filed because Plaintiffs' Counsel informed Defendant's Counsel this document would be filed to confirm the status of Plaintiff Rodriguez in this action.

  Since a filer is required to select a party on whose behalf a document is being filed, Plaintiffs' Counsel selected Plaintiff Campbell. However, Plaintiff Campbell is not dismissing his claims via this Notice.

Dated: December 1, 2023

                   Respectfully submitted,

                   Sheehan & Associates, P.C.
                   /s/Spencer Sheehan

Spencer Sheehan<br>
spencer@spencersheehan.com<br>
60 Cuttermill Rd Ste 412<br>
Great Neck NY 11021<br>
Tel: (516) 268-7080

## Certificate of Service

I certify that on December 1, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan

2