UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>MIGUEL FRIAS, JESSICA AVILEZ AND ROY CAMPBELL, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>          -against-<br><br><br>MARS WRIGLEY CONFECTIONARY US LLC,<br><br>                  Defendant.</td></tr>
</table>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2023

23 Civ. 4422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Plaintiffs' amended complaint, ECF No. 26.  By **December 11, 2023**, Defendant Mars Wrigley Confectionary US LLC shall file a letter on the docket stating whether, in light of the amended complaint, it intends to rely on its previously filed motion to dismiss, ECF No. 22.

      SO ORDERED.

Dated:  December 4, 2023
     New York, New York

ANALISA TORRES
United States District Judge