UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL FRIAS, JESSICA AVILEZ, and ROY CAMPBELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARS WRIGLEY CONFECTIONERY US, LLC,<br><br>*Defendant*. | Civil Action No.<br>1:23-cv-04422<br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and in response to the Court's December 4, 2023, order (ECF 28), Defendant Mars Wrigley Confectionery US, LLC ("Mars"), respectfully moves to dismiss the First Amended Complaint. The grounds for the motion are set forth in the Memorandum of Law filed herewith.

Dated: December 11, 2023

Respectfully submitted,

*/s/ Benjamin W. Graham*
Stephen D. Raber (*Pro Hac Vice*)
Benjamin W. Graham (Bar No. BG1195)
Meaghan E. Newkirk (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel.: (202) 434-5000
Fax: (202) 434-5029
Email: bgraham@wc.com

*Counsel for Mars Wrigley Confectionery US, LLC*

2

**CERTIFICATE OF SERVICE**

I certify that on December 11, 2023, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

<i><u>/s/ Benjamin W. Graham</u></i><br>
Benjamin W. Graham