UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Rodriguez, individually and on behalf of all others similarly situated,

                        Plaintiff,

-against-

Mars Wrigley Confectionery US, LLC,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/24/2024__

23 Civ. 4422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint status letter dated January 23, 2024. ECF No. 37. The case management conference scheduled for January 30, 2024, is ADJOURNED *sine die*. The parties are reminded that pre-motion letters for summary judgment are due within fourteen days of the close of fact discovery. ECF No. 13 ¶ 8.

      SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge