```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Rodriguez, individually and on behalf of all others similarly situated,

       Plaintiff,

-against-

Mars Wrigley Confectionery US, LLC,

       Defendant.

23 Civ. 4422 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' pre-motion letters dated January 26 and February 2, 2024. ECF Nos. 39, 40. The Court shall hold in abeyance Defendant's request to move for summary judgment, pending its decision on the motion to dismiss. Likewise, the Court holds in abeyance Plaintiff's request to move for class certification.

  SO ORDERED.

Dated: February 5, 2024
   New York, New York

_____
ANALISA TORRES
United States District Judge