```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MIGUEL FRIAS, et al.,

                Plaintiffs,

     -against-

MARS WRIGLEY CONFECTIONERY US, LLC,

                Defendants.
-------------------------------------------------------------X

23-CV-04422 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have advised that they have reached a settlement in principle. Accordingly, the settlement conference scheduled for October 31, 2024, at 10:00 a.m. has been ADJOURNED without further date. The parties shall file a stipulation of dismissal by November 14, 2024. If the parties are not prepared to submit a stipulation of dismissal on that date, they are directed to submit a joint letter updating the Court on the status of settlement by November 14, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 25, 2024
             New York, New York