IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL FRIAS, JESSICA AVILEZ, and ROY CAMPBELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>MARS WRIGLEY CONFECTIONERY US, LLC,<br><br>Defendant. | Civil Action No. 1:23-cv-04422-AT |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Miguel Frias, Jessica Avilez, and Roy Campbell and Defendant Mars Wrigley Confectionery US, LLC, that all individual claims should be, and are hereby, dismissed *with prejudice*, and all claims asserted on behalf of a putative class should be, and are hereby, dismissed *without prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own costs and attorneys' fees.

Dated: November 12, 2024

Respectfully submitted,

_____
Benjamin W. Graham
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave SW
Washington DC 20024
Tel: (202) 434-5000
bgraham@wc.com

*Attorney for Defendant*

_____
Spencer Sheehan
**SHEEHAN & ASSOCIATES P.C.**
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

*Attorney for Plaintiffs*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on November 12, 2024, I caused a copy of the foregoing document to be served on all parties who have appeared through the Court's CM/ECF system.

<u>/s/ Spencer Sheehan</u>
